```
                    UNITED STATES DISTRICT COURT

                   CENTRAL DISTRICT OF CALIFORNIA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:17-CR-782-DMG 2 |
| Plaintiff, | ) | ORDER OF DETENTION AFTER HEARING |
| v. | ) | (Fed.R.Crim.P. 32.1(a)(6) |
| Stephanie Monique Herrera, | ) | 18 U.S.C. § 3143(a) |
| | ) | Allegations of Violations of |
| | ) | Probation/Supervised Release |
| Defendant. | ) | Conditions) |

On arrest warrant issued by the United States District Court for the ___CDCA___ involving alleged violations of conditions of probation/supervised release:

1. The court finds that no condition or combination of conditions will reasonably assure:

    A. (✓) the appearance of defendant as required; and/or

    B. (✓) the safety of any person or the community.

///
///
///
///
///

2. The Court concludes:

A. (✓) Defendant has failed to demonstrate by clear and convincing evidence that she is not likely to pose a risk to the safety of any other persons or the community. Defendant poses a risk to the safety of other persons or the community based on: the instant offense allegations + criminal history

B. (✓) Defendant has failed to demonstrate by clear and convincing evidence that she is not likely to flee if released. Defendant poses a flight risk based on: her history of non-compliance with court/pretrial directives, including a failure to update the court/pretrial regarding her location

IT IS ORDERED that defendant be detained.

DATED: 5/19/2025

HONORABLE JACQUELINE CHOOLJIAN
United States Magistrate Judge